# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CEDRIC SPEARS (#352089)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 14-727-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated January 8, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Cedric Spears, as amended, shall be dismissed without prejudice for failure to exhaust state remedies. Further, a certificate of appealability shall be denied.

Baton Rouge, Louisiana the 10 day of February, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 9.